THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THE JARKA CORPORATION, Appellant.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAMUEL KENNEDY, Appellant.

Argued January 13, 1941; decided February 27, 1941.

*Paul A. Crouch* for appellants.

*Orison S. Marden* for The Maritime Association of the Port of New York, *amicus curiæ*.

*William O'Dwyer, District Attorney (Edward H. Levine* of counsel), for respondent.

Judgments reversed and informations dismissed on the ground that the instrumentality is a tractor crane within the meaning of the statute. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.